```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 21290
   TERRELL M JACKSON
   VEDRA D JACKSON                          CHAPTER 13

                                               JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-5828      SSN XXX-XX-4366

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/13/08 .

    2.  The case was dismissed without confirmation, 01/30/2009.

    3.  The Debtor paid a total of $   2661.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
WELLS FARGO HOME MTGE    CURRENT MORTG         .00           .00           .00
WELLS FARGO HOME MTGE    MORTGAGE ARRE   NOT FILED           .00           .00
WILL COUNTY TREASURER    UNSECURED       NOT FILED           .00           .00
DUPAGE MEDICAL GROUP     UNSECURED       NOT FILED           .00           .00
EDWARD HOSPITAL          UNSECURED       NOT FILED           .00           .00
EXXON MOBILE             UNSECURED       NOT FILED           .00           .00
MIDWEST CTR FOR ADVNCD I UNSECURED       NOT FILED           .00           .00
SEARS BKRUPTCY RCVRY MGM UNSECURED       NOT FILED           .00           .00
        Summary of disbursements:
------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED     OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00         .00         .00          .00
PRINCIPAL PAID        .00         .00         .00         .00          .00
INTEREST PAID         .00         .00         .00         .00          .00
TOTAL PAID            .00         .00         .00         .00          .00
The Debtor's attorney, JAY M REESE                 , was allowed $   2900.00
and was paid $   1322.00   direct and $   1578.00   through the plan.

The Trustee received $       88.31 .

Refunds to the Debtor totaled $    994.69 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 03/13/09                /S/
                                GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 21290 TERRELL M JACKSON & VEDRA D JACKSON